UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELO'S TAVERNA AND CARBOY WINERY LLC, CAMBRYA'S CARBOY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRIA NICOLE CELLARS LLC, JARROD BOYLE, ALEXANDRIA BOYLE,<br><br>Defendants.<br><br>ALEXANDRIA NICOLE CELLARS LLC, JARROD BOYLE, ALEXANDRIA BOYLE,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>ANGELO'S TAVERNA AND CARBOY WINERY LLC, CAMBRYA'S CARBOY LLC, CRAIG M. JONES,<br><br>Counterclaim-Defendants. | NO. 4:25-CV-5170-TOR<br><br>ORDER DISMISSING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS IN PART |

ORDER DISMISSING PLAINTIFFS' MOTION TO DISMISS
COUNTERCLAIMS IN PART ~ 1

BEFORE THE COURT are Plaintiffs' Motion to Dismiss Counterclaims in Part (ECF No. 15) and the parties' Joint Status Report (ECF No. 27). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below and pursuant to the parties' Joint Status Report, Plaintiffs' Motion to Dismiss Counterclaims in Part (ECF No. 15) is DENIED as moot.

On February 2, 2026, Plaintiffs filed a Motion to Dismiss Counterclaims in Part. ECF No. 15. On February 27, 2026, the parties filed a stipulated Motion for an Extension of Time to Respond. ECF No. 24. The Court granted the extension. ECF No. 26. Also, Defendants filed an Amended Answer. ECF No. 25. On March 9, 2026, the parties filed a Joint Status Report confirming that with Defendants' Amended Answer, Plaintiffs' Motion to Dismiss is now moot. ECF No. 27 at 3.

Additionally, the parties propose deadlines for a new motion to dismiss. ECF No. 27 at 3. Once a motion to dismiss is filed, the local rules will provide the deadlines for responses.

/

/

/

/

ORDER DISMISSING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS IN PART ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' Joint Status Report and Defendants' Amended Answer, Plaintiffs' Motion to Dismiss (ECF No. 15) is **DENIED as moot.**

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED March 12, 2026.

THOMAS O. RICE
United States District Judge

ORDER DISMISSING PLAINTIFFS' MOTION TO DISMISS
COUNTERCLAIMS IN PART ~ 3