UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ANGELO'S TAVERNA AND
CARBOY WINERY LLC,
CAMBRYA'S CARBOY LLC,

              Plaintiffs,

    v.

ALEXANDRIA NICOLE CELLARS
LLC, JARROD BOYLE,
ALEXANDRIA BOYLE,

              Defendants.

ALEXANDRIA NICOLE CELLARS
LLC, JARROD BOYLE,
ALEXANDRIA BOYLE,

           Counterclaim-Plaintiffs,

    v.

ANGELO'S TAVERNA AND
CARBOY WINERY LLC,
CAMBRYA'S CARBOY LLC,
CRAIG M. JONES,

           Counterclaim-Defendants,

CASE NO:  4:25-CV-5170-TOR

ORDER GRANTING STIPULATED
MOTION FOR PROTECTIVE ORDER

ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER ~ 1

BEFORE THE COURT is the parties' Stipulated Motion for Protective Order (ECF No. 36).  The Court has reviewed the record and files herein and is fully informed.  For good cause shown the motion is **GRANTED**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Protective Order (ECF No. 36) is **GRANTED**.  The terms of the Protective Order located at ECF No. 36 are incorporated herein.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** June 29, 2026



ORDER GRANTING STIPULATED MOTION FOR
PROTECTIVE ORDER ~ 2